FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

2000 SEP 12 PM 3:50

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| TOMMY C. TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CV 99-BU-2482-M |
| | ) |
| SHERIFF MAC HOLCOMB, | ) |
| | ) |
| Defendants. | ) |

ENTERED
SEP 12 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 22, 2000, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed without prejudice due to plaintiff's failure to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a). No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is

32

due to be GRANTED and this action is due to be DISMISSED WITHOUT PREJUDICE. An appropriate order will be entered.

DONE this the 12th day of September, 2000.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE